# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:25-MJ-00562 |
| FLOYD WALKER | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 16-27, 2023  in the county of  Hamilton  in the  Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit an Offense Against the United States |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Derek Graham

☑ Continued on the attached sheet.

*Complainant's signature*

Derek Graham, Special Agent, ATF
*Printed name and title*

Subscribed and sworn to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1.

Date: **Jul 2, 2025**

*Judge's signature*

Hon. Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*

City and state:  Cincinnati, Ohio

# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Derek Graham, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint and arrest warrant for **FLOYD WALKER** for a violation of 18 U.S.C. § 371 (Conspiracy to Commit an Offense Against the United States).

## INTRODUCTION AND AGENT BACKGROUND

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and have been so employed since October of 2007. As a part of my training with the ATF, I graduated from the Federal Law Enforcement Training Center, Criminal Investigator School, located in Brunswick, Georgia. I graduated from the ATF Special Agent Basic Training Academy, located in Brunswick, Georgia, in April 2008. Prior to my employment with ATF, I was a Federal Air Marshal in the Department of Homeland Security from June 2006 through October 2007. In addition, I was a Criminal Research Specialist with the Washington, DC High Intensity Drug Trafficking Area/Drug Enforcement Administration from June 2003 through June 2006. I am a graduate of Augustana College, where I received a Bachelor's degree in Business Administration in May of 2002. I am also a graduate of Boston University, where I received a Master's degree in Criminal Justice in June of 2006.

3. I have experience in the investigation, apprehension, and prosecution of individuals suspected of being involved in federal firearms and drug offenses.

4. Through training and experience, I have become familiar with firearms trafficking investigations and the analysis of ATF Form 4473s, ATF Trace Reports, ATF Multiple Sales Reports, and Federal Firearms Licensees Acquisition and Disposition Records.

I'm also experienced in analyzing ATF Trace Reports and ATF Multiple Sales Reports and identifying patterns and purchasing activity of suspected firearms traffickers. This includes the analysis of the number of days between the purchase of a firearm and the later date law enforcement authorities recover it. Analysis also involves the examination of relevant ATF Trace Reports and ATF Multiple Sales Reports involving a specific purchaser or possessor, and/or the volume and/or make and model of the firearms suspected of being trafficked.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **FLOYD WALKER** has violated 18 U.S.C. § 371 (Conspiracy) by conspiring with known and unknown conspirators to make false statements during the purchase of a firearm in violation of 18 U.S.C. § 922(a)(6).

## PROBABLE CAUSE

**A. In November 2023, Timothy Moorman was charged in connection with firearms that someone had attempted to smuggle into Canada.**

7. On October 26, 2023, a backpack filled with firearms was recovered in Ontario, Canada, during a smuggling attempt near the border between Michigan and Canada.

8. Tracing revealed that eight of the recovered firearms had been purchased by Timothy Moorman at federal firearms licensees in Cincinnati just days before, from September 29 through October 19, 2023. Five more firearms purchased by Moorman were later recovered by law enforcement, too: four in Canada, and one in Detroit, MI. In total, Moorman bought at least 22 firearms from September 29 to October 26, 2023.

2

9. I reviewed the ATF Form 4473s (Firearms Transaction Records) associated with each of the sales to Moorman. On each of these forms, Moorman indicated that he was the true buyer of the firearms and was not buying them for anyone else.

10. Moorman was arrested in November 2023 and charged with Conspiracy in violation of 18 U.S.C. § 371 and False Statements During the Purchase of a Firearm in violation of 18 U.S.C. § 922(a)(6). During searches of all locations known to be associated with Moorman, only one firearm was recovered. Moorman's cell phone and the cell phone of one of his associates (Individual 1) were seized.

**B. Communications between Moorman and Individual 1 showed that he was working at the direction of "Mayo."**

11. I have been unable to access Moorman's phone. However, a review of communications between Moorman and Individual 1, obtained from Individual 1's phone, revealed evidence that Moorman was buying the firearms for someone called "Mayo." For example, on October 26, 2023, at 5:41 p.m., Moorman sent Individual 1 a message indicating that "Mayo" was waiting for him "at the same place." Moorman also wrote that he had "met [Mayo] last night outside the smoke shop . . . ."

12. The messages also suggested that "Mayo" had asked Moorman to drive firearms north to Michigan.

13. Based on these messages and the fact that the firearms were recovered in Canada so soon after Moorman purchased them, I submit that there is probable cause to believe that Moorman, in accordance with his agreement with "Mayo," made a false statement on the ATF Form 4473s when he said he was buying the firearms for himself and not for anyone else.

3

**C. Text messages and call records from Moorman and Individual 1 suggested that "Mayo" was using telephone number 313-XXX-8304.**

14. My review of Individual 1's phone revealed contacts with a single Michigan-area phone number: 313-XXX-8304.

15. On November 3, 2023, the day after the first contact between Individual 1 and 313-XXX-8304, Individual 1 texted the number for 313-XXX-8304 to Moorman's cell phone. A few hours later, Moorman told Individual 1 to "Cal [sic] Mayo," and Individual 1 responded, "And say what."

16. Call detail records show that on November 5, 2023 (two days after the exchange described above), Moorman's cell phone called 313-XXX-8304. Although there are relatively few contacts between Moorman's cell phone and 313-XXX-8304, I believe that is because, as I describe below, they were primarily communicating via Facebook Messenger. And, as I describe below, evidence from Facebook independently links "Mayo" to 313-XXX-8304.

**D. Moorman's Facebook account provided further evidence that he was trafficking firearms to "Mayo."**

17. I obtained a search warrant for Moorman's Facebook account and found messages between Moorman and an account called "Mayo Mayo." Moorman and "Mayo Mayo" called each other through Facebook Messenger several times in October 2023, the month in which Moorman purchased all but one of the firearms. On October 3, 2023, Moorman's account sent the photograph below to the "Mayo Mayo" account:

4



18. Although the serial number cannot be seen, this firearm is consistent in appearance with a Glock 23, which Moorman had bought a few days earlier, on Sept. 29, 2023, and which was recovered in Canada on October 26, 2023.

### E. The "Mayo Mayo" account is used by FLOYD WALKER, and it independently links "Mayo" to 313-XXX-8304.

19. I obtained a search warrant for the "Mayo Mayo" Facebook account and found strong evidence that it is used by **FLOYD WALKER**. Among other things, the account contains photographs of **WALKER** and posts wishing him a happy birthday on the day that BMV records list as his birthday. Posts also suggested that **WALKER** lived in the Detroit area, and there were multiple posts referencing Detroit-area events.

20. I also found messages that link **WALKER** to 313-XXX-8304. For example, on September 13, 2023, "Mayo Mayo" wrote to a third party: "I'm going to text you off my number so you can have him call me." The other person responded with their number, ending in -0143. Call detail records for 313-XXX-8304 show that, two minutes later, 313-XXX-8304 called the -0143 number.

21. Another way in which the "Mayo Mayo" account is linked to 313-XXX-8304 is through 313-XXX-8304's call history. Call detail records show that on September 19, 2024, 313-XXX-8304 called a number ending in -0245. When I searched for the -0245 number in

5

Facebook's public search feature, it returned an account that was "friends" with the "Mayo Mayo" account.

### F. Historical cell-site data showed 313-XXX-8304 traveling down from Detroit and connecting to cell sites near Moorman's phone at relevant times.

22. I obtained a search warrant for historical cell-site data for 313-XXX-8304. This data shows 313-XXX-8304 repeatedly connecting to cell sites in the Detroit area, including overnight, from September 1, 2023, until October 16, 2023.[1]

23. On or about October 16, 2023, 313-XXX-8304 began connecting to cell sites moving south from Detroit and eventually, later that day, began connecting to cell sites in Cincinnati. The phone continued to connect to towers in the Cincinnati area until the 27th and then began connecting to towers in the Detroit area again. Note that the period from October 16 through October 27, when the phone was connecting to towers in Cincinnati, is when Moorman bought 21 of the 22 firearms.[2] The map below shows how the cell towers to which 313-XXX-8304 connected line up with Moorman's purchases:

---

[1] Although 313-XXX-8304 primarily connected to cell sites in the Detroit area in a pattern that suggests to me, based on my training and experience, that Detroit was the user's "home" area, during this period it also connected to cell sites in other cities in a pattern that suggested the user had taken trips to other cities. Specifically, late in the evening on September 3, and continuing through September 5, 2023, and again on September 12, 2023, 313-XXX-8304 connected with cell sites in the Huntington, WV area. Additionally, starting on September 27 and continuing through October 14, 2023, 313-XXX-8304 connected with cell sites in the Atlanta, GA metropolitan area.

[2] Note that, as described above, some of the firearms were recovered in Canada on October 26, 2023, which is before 313-XXX-8304 began moving north again. This leads me to believe that "Mayo" handed the firearms off to a third coconspirator for transport to Michigan.



24. Cell-site data also suggests that 313-XXX-8304 was near Moorman's phone at the time of some of the purchases. For example, on October 19, 2023, 313-XXX-8304 was connecting to cell sites near the apartment complex where **WALKER's** brother then lived. Then it traveled west, where it connected to towers near Range USA – Cincy West at 8:21 p.m. A receipt shows that Moorman bought several firearms from that store at 8:06 p.m.

For the foregoing reasons, I submit that there is probable cause to believe that **FLOYD WALKER** was a member of the conspiracy to make false statements during the purchase of firearms in Cincinnati.

7

## CONCLUSION

25. Based on the foregoing, I request that the Court issue the proposed criminal complaint and arrest warrant.

## REQUEST FOR SEALING

26. I further request that the Court order that all papers in support of this criminal complaint and arrest warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

DEREK GRAHAM
SPECIAL AGENT
ATF

Subscribed and sworn to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1, on July __2__, 2025.

HON. STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

8